UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHOSHANA MINZER,<br><br>                    Plaintiff,<br><br>        v.<br><br>KALEYRA, INC., DARIO CALOGERO, EMILIO HIRSCH, AVI S. KATZ, MATTEO LODRINI, JOHN J. MIKULSKY, KATHLEEN MILLER, KARIN-JOYCE TJON, and NEIL MIOTTO,<br><br>                    Defendants. | Case No. 1:23-cv-07968-NRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Shoshana Minzer ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: October 3, 2023

                                                    WEISS LAW

                                                    By _____
                                                    Michael Rogovin
                                                    476 Hardendorf Ave. NE
                                                    Atlanta, GA 30307
                                                    Tel: (404) 692-7910
                                                    Fax: (212) 682-3010
                                                    Email: mrogovin@weisslawllp.com

                                                    *Attorneys for Plaintiff*